1  Jared Walker (SB#269029)
2  2020 Capitol Avenue
   Suite 7
3  Sacramento, CA 95811
   T: (916) 476-5044
4  F: (916) 476-5064
   jared@saclawoffices.com
5  
   Attorney for Plaintiff,
6  TOMMY TROY GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TOMMY TROY GUTIERREZ, | ) | Case No. 2:14-cv-01968-KJN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR AN |
| v. | ) | EXTENSION OF TIME |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

14   IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his Motion for Summary Judgment be extended for 30 days until February 25, 2015.  This is Plaintiff's first request for an extension of time to file his Motion for Summary Judgment.  Plaintiff's counsel requires additional time to further review the file and prepare Plaintiff's motion due to a heavy workload, despite due diligence.

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

      The parties further stipulate that all other scheduling matters set forth in the Court's Scheduling Order will remain unchanged.

Dated: January 21, 2015					Respectfully submitted,


							By:	 __/s/ *Jared Walker*_____
								Jared T. Walker,
								Attorney for Plaintiff

Dated: January 21, 2015					BENJAMIN B. WAGNER
								United States Attorney
								DONNA L. CALVERT
								Regional Chief Counsel, Region IX
								Social Security Administration

							By:	 __/s/ *Jared Walker for Jean M. Turk\**
								(*as authorized via email on 1/21/15)
								Jean M. Turk,
								Special Assistant United States Attorney


					ORDER

APPROVED AND SO ORDERED:

Dated:  January 22, 2015

							_____
							KENDALL J. NEWMAN
							UNITED STATES MAGISTRATE JUDGE

-2-
STIPULATION FOR AN EXTENSION OF TIME